■ June Visconti, Appellant, v Irene M. Paino et al., Respondents.—Appeal by the petitioner from a judgment of the Supreme Court, Dutchess County, dated October 2, 1987, which dismissed the proceeding on the ground that it was not timely commenced.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Hickman in his decision and judgment in the Supreme Court, Dutchess County. Mollen, P. J., Brown, Rubin and Spatt, JJ., concur. [137 Misc 2d 1.]